06 CV 5251

William H. Roth (WR 8264)
Wechsler & Cohen, LLP
17 State Street, 15th Floor
New York, New York 10004
(212) 847-7900
Attorneys For Plaintiff Stephanie Tullo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEPHANIE TULLO,

                                        Plaintiff,

                -against-

McCALL PATTERN, CO.,

                                        Defendant.
-------------------------------------------------------------X

RECEIVED
JUL 11 2006
U.S.D.C. S... N.Y.

**COMPLAINT AND**
**JURY DEMAND**

CIV.

ECF Case

        Plaintiff, Stephanie Tullo, by her attorneys, Wechsler & Cohen, LLP, for her

Complaint alleges:

                        **Parties, Jurisdiction and Venue**

        1.        Plaintiff, Stephanie Tullo is a natural person who was employed by

Defendant McCall Pattern, Co. since 1963.

        2.        McCall Pattern, Co. is a corporation with a principal place of business at

11 Penn Plaza, New York, New York.

        3.        Jurisdiction in this Court arises by reason of 28 U.S.C. § 1331 because

the action arises under the laws of the United States, or alternatively, under 28 U.S.C.

§1343 (a), (4) because it seeks to recover damages under Acts of Congress providing for

the protection of civil rights.

4.     This is an action brought pursuant to Title VII of the Civil Rights Act of 1964 (42, U.S. C. § 2000e *et seq.*), the Age Discrimination in Employment Act (29 U.S.C. § 621 *et seq.*), the New York State Human Rights Law (N.Y. Executive Law § 296 *et seq.* and the New York City Human Rights Law, N.Y.C. Admin Code § 8-101 *et seq.* Jurisdiction over the State and City claims arise from 28 U.S.C.§ 1367, pursuant to principles of supplemental jurisdiction.

5.     Venue is proper pursuant to 28 U.S.C. § 1391 (b) (1) because defendant resides in this District.

### Exhaustion of Administrative Remedies

6.     Plaintiff filed a timely charge of the claims alleged herein with the Equal Employment Opportunity Commission ("EEOC").  On May 26, 2006, the EEOC issued a 'Right to Sue' letter, a copy of which is annexed hereto as Exhibit A.

### Facts Giving Rise To Claim

7.     Stephanie Tullo is a female who at the time of her termination was 60 years of age.  She was employed at McCall for 42 years, where she rose to the position of Director of Administrative Services, for which she received an annual salary of approximately $90,000.

8.     Ms. Tullo's job performance was always outstanding.  Year after year her annual reviews characterized her job performance in the highest category of execellence provided for in the evaluation forms.  Attached hereto as Exhibit B are copies of her performance evaluations covering the last ten years of her employment. On each occasion, her overall performance was judged, by different senior officers of the

company, as being "outstanding." She continued to excel in her job performance after the last performance evaluation that she received in March 2005.

9.     On November 3, 2005, Robin Davies, President of Defendant McCall Pattern Co. called Stephanie Tullo into his office. No one else was present at the meeting, even though it is Company policy that when significant personnel issues are discussed, two people from management, usually one of whom is in Human Resources, attend such meetings. At the November 3, 2005 meeting, Davies told Ms. Tullo that now that she was 60 years of age she should want to retire. Ms. Tullo who still lives and works with great vitality, told Mr. Davies that she did not want to retire. Mr. Davies urged her a second time, in view of her age, to retire. When Ms. Tullo declined to retire, Mr. Davies advised her that her employment was terminated as of December 31, 2005. Ms. Tullo's age was the only factor Mr. Davies referred to in advising her that her employment was being terminated. Ms. Tullo was in fact terminated as of December 31, 2005.

10.     After Ms. Tullo's termination, her job functions were performed in substantial part by Ramon Roncal, a 45 year-old male who is less experienced and less competent in fulfilling the job requirements than Ms. Tullo was.

11.     Subsequent to the November 3, 2005 meeting between Davies and Tullo, McCall Pattern announced that it was implementing a company-wide reduction in force. Upon information and belief, McCall Pattern terminated the employment of 11 people as part of that reduction in force. Upon information and belief, all 11 employees who were terminated as part of the reduction in force were women. Such disparate impact evidences a discriminatory motive to single out employees for termination on the basis of their sex, rather than any bona fide attribute of their performance or their job functions.

**First Claim For Relief**

12.   McCall Pattern discriminated against Stephanie Tullo by discharging her on account of her age. Such behavior by McCall Pattern is prohibited by the Age Discrimination in Employment Act, 29 U.S.C. § 623 (a) (1), The New York State Human Rights Law, N. Y. Executive Law § 296 (a) and New York City Human Rights Law N.Y.C. Administrative Code §8-101 *et seq.*

13.   McCall Pattern's action in terminating Stephanie Tullo was intentional, willful and constitutes the sort of outrageous and wanton behavior which justifies imposition of punitive damages.

**Second Claim For Relief**

14.   Plaintiff reasserts and realleges the statements made in Paragraphs 1 through 8 and 11, above.

15.   By reason of the foregoing, McCall Pattern discriminated against Stephanie Tullo by discharging her on the basis of her sex. Such behavior is prohibited by Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2001e- 2(a), N. Y. Executive Law §296 (a) and New York City Human Rights Law, N.Y.C. Administrative Code §8-101 *et seq.*

16.   McCall Pattern's action in terminating Stephanie Tullo was intentional, willful and constitutes the sort of outrageous and wanton behavior which justifies imposition of punitive damages.

WHEREFORE, Plaintiff Stephanie Tullo demands judgment in her favor against McCall Pattern Co. for monetary damages, including, but not limited to compensatory damages, front-pay, back-pay liquidated damages, punitive damages,

prejudgment interest calculated form the date of her discharge, the attorney's fees, costs and disbursements she incurs in connection with this proceeding and for whatever further and additional relief which this Court deems just and proper.

Dated: New York, New York
      July 11, 2006

                           WECHSLER & COHEN, LLP

                           By: _____
                              William H. Roth (WR 8264)
                            Attorneys for Plaintiff
                            17 State Street, 15th Floor
                            New York, New York 10004
                            (212) 847-7900

### Jury Demand

Plaintiff demands a jury trial of all issues.

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Stephanie Tullo<br>1742 Union Avenue<br>Hewlett, NY 11557 | From: Boston Area Office - 523<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
   CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2006-00868 | Edward J. Ostolski,<br>Investigator | (617) 565-3214 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the **paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Robert L. Sanders,
Area Office Director

**MAY 26 2006**

(Date Mailed)

Enclosures(s)

cc:   MCCALL PATTERN CO.
      11 Penn Plaza
      New York, NY 10001

The McCall Pattern Company

## REQUEST FOR PERSONNEL ACTION

2/12/97
Date

Tullo | Stephanie | M ☐ F ☒ | 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
---|---|---|---

st Name (Print) | First Name | | Social Security Number

171 Harbor View North | Lawrence | New York | 11559
---|---|---|---
eet | Apt. # City | State | Zip

| | | |
|---|---|---|
| | PLACE ON PAYROLL | |
| | REMOVE FROM PAYROLL | |
| | TRANSFER | |
| | REVISED JOB CLASSIFICATION AND/OR SALARY RATE | |
| | MEDICAL LEAVE OF ABSENCE | |
| | UNPAID LEAVE OF ABSENCE | |
| XX | OTHER: Change in next review date only. | |

| | | |
|---|---|---|
| ☒ EXEMPT | ☐ NON-EXEMPT |
| ☒ REGULAR | ☐ TEMPORARY |

| | PRESENT STATUS | NEW STATUS |
|---|---|---|
| Department | Administrative Services | Administrative Services |
| Staff Number | 09.505 | 09.505 |
| Effective Date | | March 1, 1997 |
| Job Title | Director, Admin. Services | Director, Admin. Services |
| Grade | XI | XI |
| Salary Range | $51,060-74,699-98,338 | $51,060-76,174-101,288 |

Increase _____ %
Present Salary ___ $77,700/yr. ___ Salary To Be $77,700/yr.
Decrease _____ %

Date of Hire _____
Date of Last Review 9/1/95
% Increase 0
Amount of Last Review 0

### COMMENTS

Patty Stampf
. Stampf

No salary action.
Next review date: 9/1/98.

N.K. Butler 2/17

**TERMINATIONS ONLY**

19___ Vacation Days _____
19___ Vacation Days _____

Total Vacation Days _____

upervisor Initiating Action | Date
M. Zeme | 2/14/97
ivision Head | Date
R. Hermann

Department Head | Date
Final Authorization | Date

p 403

**EXEMPT PERFORMANCE APPRAISAL**

| | | | |
|---|---|---|---|
| YEE'S NAME | Stephanie Tullo | DATE HIRED | 10 (Month) 7 (Day) 63 (Year) |
| YEE'S JOB TITLE | Director, Administrative Svces. | TIME ON THIS JOB | (To be completed by supervisor) |
| VISOR'S NAME | Marvin Zemel | DATE THIS REPORT SENT TO SUPERVISOR | January 10, 1997 |

| TOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| **WLEDGE OF WORK** ledge and understanding ohases of this job lated jobs. | Has an unsatisfactory knowledge of this job. | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. ✓ |
| | COMMENT: | | | | |
| **LITY OF WORK** acy and thoroughness vhich work meets nized and accepted ards of performance. | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. | Uniformly accurate and thorough. ✓ | Maintains highest quality standards. |
| | COMMENT: | | | | |
| **NTITY OF WORK** ne of work based recognized standards rformance. | Consistently low and behind schedule. | Fair amount. Should be increased. | Steady producer. Regularly meets recognized standards. | Always turns out a good volume. ✓ | Unusually high output. |
| | COMMENT: | | | | |
| **'ENDABILITY** pliance with instructions regulations. Reliability r varying circumstances. | Frequently undependable. | Fairly dependable, but requires more than normal follow-up. | Dependable under normal circumstances. | More than normal dependability. | Thoroughly reliable on all assignments. ✓ |
| | COMMENT: | | | | |
| **OPERATION** peration with associates, eriors and others. | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. ✓ |
| | COMMENT: | | | | |

| FECTIVENESS . PLANNING *nning, i.e., determining u shall be done; or when; re, or by whom; or how k shall be done.* | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost always sound and effective, complete and on time. | Planning always sound and effective, complete, thorough and on time. |
|---|---|---|---|---|---|
| | | | | | ✓ |
| | **COMMENT:** | | | | |

| PERVISORY LATIONSHIPS *lity to secure results ough subordinates.* | Ineffective in handling subordinates. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance. | | |
|---|---|---|---|---|---|
| | | ✓ | | | |
| | **COMMENT:** | | | | |

ENTIFY STRENGTHS: _Stephanie has a fine command of her job and is very conscientious in execution._

ENTIFY AREAS NEEDING IMPROVEMENT: _____

HAT ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE? _____

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | ✓ |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable | |

ODITIONAL COMMENTS: _____

EPORT PREPARED BY: _____   DATE: _Jan 29, 1997_

EPORT REVIEWED BY: _____   DATE: _Feb 4, 1997_

HIS APPRAISAL WAS DISCUSSED WITH THE EMPLOYEE ON:

_____   Signature of Employee

January 1994

The McCall Pattern Company

# REQUEST FOR PERSONNEL ACTION

2/19/96

Date

| Tullo | Stephanie | M ☐  F ☒ | 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 |
|---|---|---|---|
| Last Name (Print) | First Name | | Social Security Number |

| 171 Harbor View North | | Lawrence | New York | 11559 |
|---|---|---|---|---|
| Street | Apt. # | City | State | Zip |

---

|   | PLACE ON PAYROLL |
|---|---|
| ☐ | REMOVE FROM PAYROLL |
| ☐ | TRANSFER |
| ☐ | REVISED JOB CLASSIFICATION AND/OR SALARY RATE |
| ☐ | MEDICAL LEAVE OF ABSENCE |
| ☐ | UNPAID LEAVE OF ABSENCE |
| ☒ | OTHER: _Change in next review date only._ |

☒ EXEMPT          ☐ NON-EXEMPT

☒ REGULAR          ☐ TEMPORARY

|  | PRESENT STATUS | NEW STATUS |
|---|---|---|
| Department | Administrative Services | Administrative Services |
| Staff Number | 09.505 | 09.505 |
| Effective Date | | September 1, 1995 |
| Job Title | Director, Admin. Services | Director, Admin. Services |
| Grade | XI | XI |
| Salary Range | $51,060-73,267-95,474 | $51,060-74,699-98,338 |

Increase _____

Present Salary $77,700/yr.   Decrease _____   Salary To Be $77,700/yr.

Date of Hire _____

Date of Last Review  3/1/94
% Increase  5.0%
Amount of
Last Review $3,700/yr.

R.P. 1/22/96
R. Romano

M.K. Butler  2/5/96

**COMMENTS**

No salary action.

Next review date: 3/1/97.

**TERMINATIONS ONLY**

19___ Vacation Days _____
19___ Vacation Days _____

Total Vacation Days _____

| Supervisor Initiating Action | Date | Department Head | Date |
|---|---|---|---|
| M. Lemel | 2/1/96 | | |
| Division Head | Date | Final Authorization | Date |
| R. Hermann | | | |

p 403

EXEMPT PERFORMANCE APPRAISAL

EMPLOYEE'S NAME __Stephanie Tullo__

DATE HIRED __October 7, 1963__
(Month)   (Day)   (Year)

EMPLOYEE'S JOB TITLE __Director, Admin. Services__

TIME ON
THIS JOB _____

SUPERVISOR'S NAME __Marvin Zemel__

(To be completed by supervisor)
DATE THIS REPORT
SENT TO SUPERVISOR __November 21, 1995__

| FACTOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| **KNOWLEDGE OF WORK** Knowledge and understanding of all phases of this job and related jobs. | Has an unsatisfactory knowledge of this job. | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. ✓ |
| | COMMENT: | | | | |
| **QUALITY OF WORK** Accuracy and thoroughness with which work meets recognized and accepted standards of performance. | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. | Uniformly accurate and thorough. | Maintains highest quality standards. ✓ |
| | COMMENT: | | | | |
| **QUANTITY OF WORK** Volume of work based upon recognized standards of performance. | Consistently low and behind schedule. | Fair amount. Should be increased. | Steady producer. Regularly meets recognized standards. | Always turns out a good volume. ✓ | Unusually high output. |
| | COMMENT: | | | | |
| **DEPENDABILITY** Compliance with instructions and regulations. Reliability under varying circumstances. | Frequently undependable. | Fairly dependable, but requires more than normal follow-up. | Dependable under normal circumstances. | More than normal dependability. | Thoroughly reliable on all assignments. ✓ |
| | COMMENT: | | | | |
| **COOPERATION** Cooperation with associates, superiors and others. | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. ✓ |
| | COMMENT: | | | | |

| EFFECTIVENESS OF PLANNING<br><br>*anning, i.e., determining hat shall be done; or when; ere, or by whom; or how rk shall be done.* | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost always sound and effective, complete and on time. | Planning always sound and effective, complete, thorough and on time. ✓ |
|---|---|---|---|---|---|
| | COMMENT: | | | | |

| SUPERVISORY RELATIONSHIPS<br><br>*oility to secure results rough subordinates.* | Ineffective in handling subordinates. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance. ✓ | | |
|---|---|---|---|---|---|
| | COMMENT: | | | | |

IDENTIFY STRENGTHS: _He (he)we is very Knowledgeable and conscientious about all aspects of his job._

IDENTIFY AREAS NEEDING IMPROVEMENT: _Constant look out for money - saving opportunities_

WHAT ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE? _____

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | ✓ |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable | |

ADDITIONAL COMMENTS: _____

REPORT PREPARED BY: _[signature]_        DATE: 12/29/85

REPORT REVIEWED BY: _[signature]_        DATE: 1/2/96

THIS APPRAISAL WAS DISCUSSED WITH THE EMPLOYEE ON: _[signature]_

te _[signature]_   Signature of Employee _____

January 1994

## REQUEST FOR PERSONNEL ACTION

| | M | F |
|---|---|---|
| | | X |

| Tullo | Stephanie | | 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 |
|---|---|---|---|
| Last Name | First Name | | Social Security Number |

| 1742 Union Avenue | | Hewlett | New York | 11557 |
|---|---|---|---|---|
| Street | Apt. | City | State | Zip |

| | | PLACE ON PAYROLL |
|---|---|---|
| | | REMOVE FROM PAYROLL |
| | XX | REVISED JOB CLASSIFICATION AND/OR SALARY RATE |
| | | OTHER: |
| | | (X) EXEMPT          ( ) NON-EXEMPT |
| | | (X) REGULAR         ( ) TEMPORARY |

| | PRESENT STATUS | NEW STATUS |
|---|---|---|
| Department | Administrative Services | Administrative Services |
| Staff Number | 09.505 | 09.505 |
| Effective Date | | March 1, 2005 |
| Job Title | Director, Administrative Services | Director, Administrative Services |
| Grade | XI | XI |
| Salary Range | $51,060-83,643-116,225 | $51,060-83,643-116,225 |

| | | NEW HIRES ONLY |
|---|---|---|
| Present Salary: **$86,561/yr.** | Increase: **$4,328/yr.**  **5.0** %  Decrease: _____ %  Next Review Date: **September 1, 2006** | Salary To Be: **$90,889/yr.** | DOH: _____  DOB: _____  Date of Last Review: **September 1, 2003**  % Increase: **3.0**  Amount of Last Review: **$2,521/yr.** |

### COMMENTS

Merit Increase.

TERMINATIONS
ONLY

2005 Vacation Days:____
2006 Vacation Days:____

Total Vacation Days:____

| _J. Ellis_ | | |
|---|---|---|
| J. Ellis | | |

| _M.K. Butler_  3/1/05 | | |
|---|---|---|
| M.K. Butler | | |

| _H. Miller_ | 3/4/05 | Department Head | Date |
|---|---|---|---|
| Supervisor Initiating Action | Date | | |
| H. Miller | | | |

| _R. Davies_ | 3/4/05 | Final Authorization | Date |
|---|---|---|---|
| Division Head | Date | | |
| R. Davies | | | |

## THE McCALL PATTERN COMPANY

**EXEMPT PERFORMANCE APPRAISAL**

| | | | |
|---|---|---|---|
| 'LOYEE'S NAME | Stephanie Tullo | DATE HIRED | 10/7/63 |
| 'LOYEE'S JOB TITLE | Director, Administrative Services | TIME ON THIS JOB | |
| 'ERVISOR'S NAME | Henry Miller | DATE SENT TO SUPERVISOR | 2/18/05 |

| CTOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| WLEDGE OF WORK vledge and understanding Jl phases of this job related jobs. | Has an unstisfactory knowledge of this job | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. **X** |
| | COMMENT:<br><br>Stephanie has a thorough knowledge of her position which includes a variety of disciplines and affects all areas of the New York Office. | | | | |
| ALITY OF WORK uracy and thoroughness I which work meets ognized and accepted idards of performace | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. **X** | Uniformly accurate and thorough. | Maintains highest quality standards. |
| | COMMENT: | | | | |
| ANTITY OF WORK ime of work based n recognized standards erformance. | Consistently low and behind schedule | Fair amount. Should be increased. | Steady proiducer. Regularly meets recognized standards. | Always turns out a good volume. | Unusually high output. **X** |
| | COMMENT:<br><br>Stephanie is a very dedicated employee who does whatever it takes to get the job done. | | | | |
| PENDABILITY npliance with instructions regulations. Reliability er varying circumstances. | Frequently undependable. | Fairly dependable, but requires more than normal follow-up | Dependable under normal circumstances. | More than normal dependability. | Thoroughly reliable on all assignments. **X** |
| | COMMENT: | | | | |
| OPERATION peration with associates, eriors and others. | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. **X** | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. |
| | COMMENT: | | | | |

| CTIVENESS LANNING ing, i.e., determining shall be done; or when; , or by whom; or how shall be done. | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost al- ways sound,effective, complete and on time. | Planning always sound and effective, complete, thorough and on time. X |
|---|---|---|---|---|---|
| | COMMENT: | | | | |

| ERVISORY \TIONSHIPS ' to secure results jh subordinates. | In effective in handling subordinates. Irritates others. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance.  X | | |
|---|---|---|---|---|---|
| | COMMENT: Stephanie's people work with the same "Get the job done" attitude as she does. | | | | |

\TIFY STRENGTHS:  Stephanie has a strong knowledge of the requirements of her job and the internal motivation to
evere to the completion of each project.  Stephanie is also very organized and handles multiple functions well.

\TIFY AREAS NEEDING IMPROVEMENT:

\T ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE?

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE
STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | - X |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable. | |

)ITIONAL COMMENTS:

'ORT PREPARED BY: _Henry Fuller_          DATE: _3/1/05_

'ORT REVIEWED BY:                          DATE: _3/3/05._

S APPRAISAL WAS DISCUSSED THE EMPLOYEE ON :
_3/15/05_   Signature of Employee   _Stephanie Fillo_

8/19/03
Date

## REQUEST FOR PERSONNEL ACTION

| | M | F | |
|---|---|---|---|
| | | X | |

| Tullo | Stephanie | | | 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 |
|---|---|---|---|---|
| Last Name | First Name | | | Social Security Number |

| 1742 Union Avenue | | Hewlett | New York | 11557 |
|---|---|---|---|---|
| Street | Apt. | City | State | Zip |

| | |
|---|---|
| | PLACE ON PAYROLL |
| | REMOVE FROM PAYROLL |
| XX | REVISED JOB CLASSIFICATION AND/OR SALARY RATE |
| | OTHER: |
| | (X) EXEMPT           ( ) NON-EXEMPT |
| | (X) REGULAR          ( ) TEMPORARY |

| | PRESENT STATUS | NEW STATUS |
|---|---|---|
| Department | Administrative Services | Administrative Services |
| Staff Number | 09.505 | 09.505 |
| Effective Date | | September 1, 2003 |
| Job Title | Director, Administrative Services | Director, Administrative Services |
| Grade | XI | XI |
| Salary Range | $51,060-81,950-112,840 | $51,060-83,643-116,225 |

| | |
|---|---|
| Present Salary: **$84,040/yr.** | Increase: **$2,521/yr.**  **3.0** % |
| | Decrease: _____ _____ % |
| | Next Review Date: **March 1, 2005** |
| Salary To Be: **$86,561/yr.** | |

**NEW HIRES ONLY**
DOH: _____
DOB: _____
Date of Last Review:
September 1, 2001
% Increase: 4.0
Amount of
Last Review: $3,232/yr.

| COMMENTS | |
|---|---|
| Merit Increase. | |

**TERMINATIONS ONLY**
2003 Vacation Days: ____
2004 Vacation Days: ____

Total Vacation Days: ____

P. Stampf

M.K. Butler

Supervisor/Initiating Action     8/18/03
J. Kobiske                       Date

Department Head     Date

Division Head     8/21/03
R. Hermann        Date

Final Authorization     Date

# The McCall Pattern Company

EXEMPT PERFORMANCE APPRAISAL

EMPLOYEE'S NAME _____ Stephanie Tullo _____

DATE HIRED ___ 10 (Month) ___ 07 (Day) ___ 1963 (Year)

EMPLOYEE'S JOB TITLE _____ Director, Admin. Services _____

TIME ON THIS JOB _____ (To be completed by supervisor)

SUPERVISOR'S NAME _____ John Kobiskie _____

DATE THIS REPORT SENT TO SUPERVISOR _____ August 1, 2003 _____

| FACTOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| **KNOWLEDGE OF WORK** *Knowledge and understanding of all phases of this job and related jobs.* | Has an unsatisfactory knowledge of this job. | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. X |
| | COMMENT: Stephanie continues to have a very thorough knowledge of all areas of her responsibility. | | | | |
| **QUALITY OF WORK** *Accuracy and thoroughness with which work meets recognized and accepted standards of performance.* | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. | Uniformly accurate and thorough. | Maintains highest quality standards. X |
| | COMMENT: Her work remains thorough and well thought out. | | | | |
| **QUANTITY OF WORK** *Volume of work based upon recognized standards of performance.* | Consistently low and behind schedule. | Fair amount. Should be increased. | Steady producer. Regularly meets recognized standards. | Always turns out a good volume. | Unusually high output. X |
| | COMMENT: Stephanie continues to meet agreed upon deadlines and assignments. | | | | |
| **DEPENDABILITY** *Compliance with instructions and regulations. Reliability under varying circumstances.* | Frequently undependable. | Fairly dependable, but requires more than normal follow-up. | Dependable under normal circumstances. | More than normal dependability. | Thoroughly reliable on all assignments. X |
| | COMMENT: Stephanie remains reliable in a crunch situation to get the task completed. She receives calls all hours of the day and night, which must be dealt with in a timely manner. | | | | |
| **COOPERATION** *Cooperation with associates, superiors and others.* | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. X |
| | COMMENT: Stephanie has a difficult job, which can cause conflict, but she continues to do an admirable job in dealing with these difficult situations and people. | | | | |

| EFFECTIVENESS OF PLANNING<br><br>*Planning, i.e., determining what shall be done; or when; where, or by whom; or how work shall be done.* | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost always sound and effective, complete and on time. | Planning always sound and effective, complete, thorough and on time.<br><br>X |
|---|---|---|---|---|---|
| COMMENT: | Stephanie's plans and completes her tasks with minimal supervision. | | | | |

| SUPERVISORY RELATIONSHIPS<br><br>*Ability to secure results through subordinates.* | Ineffective in handling subordinates. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance.<br><br>X | | |
|---|---|---|---|---|---|
| COMMENT: | Stephanie continues to get results from her subordinates. | | | | |

IDENTIFY STRENGTHS: _____ Stephanie is one of the individuals who continues to take responsibility and gets the task or job completed with thorough planning. Stephanie continues to look for new vendors and methods to save the Company operating expense.

IDENTIFY AREAS NEEDING IMPROVEMENT: _____

WHAT ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE? _____

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | X |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable | |

ADDITIONAL COMMENTS: _____ Stephanie is a very loyal and dedicated employee.

REPORT PREPARED BY: _~~Carl W. Roberts~~_____ DATE: _8/12/2003_

REPORT REVIEWED BY: _____ DATE: _8/13/2003_

THIS APPRAISAL WAS DISCUSSED WITH THE EMPLOYEE ON: _Stephanie Fulls_

Date _8-20-03_   Signature of Employee

January 1994

The McCall Pattern Company

## REQUEST FOR PERSONNEL ACTION

8/20/01
Date

| | M | F |
|---|---|---|
| Tullo | | X |
| Last Name | | |

Stephanie
First Name

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
Social Security Number

1742 Union Avenue
Street

Apt.

Hewlett
City

New York
State

11557
Zip

| | |
|---|---|
| | PLACE ON PAYROLL |
| | REMOVE FROM PAYROLL |
| XX | REVISED JOB CLASSIFICATION AND/OR SALARY RATE |
| | OTHER: |

(X) EXEMPT          ( ) NON-EXEMPT
(X) REGULAR         ( ) TEMPORARY

| | PRESENT STATUS | NEW STATUS |
|---|---|---|
| Department | Administrative Services | Administrative Services |
| Staff Number | 09.505 | 09.505 |
| Effective Date | | September 1, 2001 |
| Job Title | Director, Administrative Services | Director, Administrative Services |
| Grade | XI | XI |
| Salary Range | $51,060-79,780-108,500 | $51,060-81,950-112,840 |

Present Salary: $80,808/yr.

Increase: $3,232/yr.
_____ 4.0 _____%

Decrease: _____
_____%

Next Review Date:
March 1, 2003

Salary To Be: $84,040/yr.

NEW HIRES ONLY
Date of Hire: _____
Date of Birth: _____

Date of Last Review:
March 1, 2000
% Increase: 4.0
Amount of:
Last Review: $3,108/yr.

### COMMENTS

8/21/01  Merit Increase.

P. Stampf

M.K. Butler  8/2v/o1

Supervisor Initiating Action
J. Kooiside
Date  8/21/01

Division Head
R. Hermann
Date  8/21/01

TERMINATIONS
ONLY
2001 Vacation Days: _____
2002 Vacation Days: _____

Total Vacation Days: _____

Department Head
Date

Final Authorization
Date

**EXEMPT PERFORMANCE APPRAISAL**

EMPLOYEE'S NAME __Stephanie Tullo__

EMPLOYEE'S JOB TITLE __Director, Administrative Services__

SUPERVISOR'S NAME __John Kobiskie__

| DATE HIRED | 10 (Month) | 07 (Day) | 1963 (Year) |
|---|---|---|---|

TIME ON THIS JOB _____

DATE THIS REPORT SENT TO SUPERVISOR __July 3, 2001__ (To be completed by supervisor)

| FACTOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| **KNOWLEDGE OF WORK** *Knowledge and understanding of all phases of this job and related jobs.* | Has an unsatisfactory knowledge of this job. | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. X |
| COMMENT: | Stephanie has a very thorough knowledge of all areas of her responsibility. | | | | |
| **QUALITY OF WORK** *Accuracy and thoroughness with which work meets recognized and accepted standards of performance.* | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. | Uniformly accurate and thorough. X | Maintains highest quality standards. |
| COMMENT: | Her work is thorough and well thought out. The recent renovation and move have been executed very well and in a timely manner. | | | | |
| **QUANTITY OF WORK** *Volume of work based upon recognized standards of performance.* | Consistently low and behind schedule. | Fair amount. Should be increased. | Steady producer. Regularly meets recognized standards. | Always turns out a good volume. X | Unusually high output. |
| COMMENT: | Stephanie always meets agreed upon deadlines and assignments. | | | | |
| **DEPENDABILITY** *Compliance with instructions and regulations. Reliability under varying circumstances.* | Frequently undependable. | Fairly dependable, but requires more than normal follow-up. | Dependable under normal circumstances. | More than normal dependability. | Thoroughly reliable on all assignments. X |
| COMMENT: | Stephanie can always be relied upon in a crunch situation to get the task completed. She receives calls all hours of the day and night, which must be dealt with in a timely manner. Again, the recent move and renovation planning and implementation have gone exceptionally well. | | | | |
| **COOPERATION** *Cooperation with associates, superiors and others.* | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. X | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. |
| COMMENT: | Stephanie has a difficult job, which can cause conflict, but she does an admirable job in dealing with these difficult situations and people. | | | | |

| ECTIVENESS ¿ PLANNING  ning, i.e., determining t shall be done; or when; re, or by whom; or how k shall be done. | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost always sound and effective, complete and on time. X | Planning always sound and effective, complete, thorough and on time. |
|---|---|---|---|---|---|
| | COMMENT: | Stephanie plans and completes her tasks with minimal supervision. Stephanie has been the equivalent of a general contractor on the Butterick renovation and has done an excellent job with that role. | | | |

| PERVISORY LATIONSHIPS  lity to secure results ugh subordinates. | Ineffective in handling subordinates. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance. X | | |
|---|---|---|---|---|---|
| | COMMENT: | Stephanie continues to get results from her subordinates. | | | |

NTIFY STRENGTHS: _____ Stephanie is one of the individuals who takes responsibility and gets the task or _____ job completed with thorough planning. In the recent month she has efficiently managed the renovation and implanted procedures at Butterick, which has *have* saved the Company money.

NTIFY AREAS NEEDING IMPROVEMENT: _____

AT ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE? _____

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | X |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable | |

DITIONAL COMMENTS: _____ Stephanie is a very loyal and dedicated employee.

PORT PREPARED BY: _____ DATE: 8/15/2001

PORT REVIEWED BY: _____ DATE: 8/20/01

S APPRAISAL WAS DISCUSSED WITH THE EMPLOYEE ON:

9/14/01   Signature of Employee _____

January 1994

The McCall Pattern Company

## REQUEST FOR PERSONNEL ACTION

February 18, 2000
Date

M   F
☐   ☒☒

Stephanie
First Name

050☐-36-0002
Social Security Number

Name (Print)

Union Avenue     Hewlett     New York     11557
     Apt. #    City       State      Zip

|  | |
|---|---|
| | PLACE ON PAYROLL |
| | REMOVE FROM PAYROLL |
| | TRANSFER |
| XX | REVISED JOB CLASSIFICATION AND/OR SALARY RATE |
| | MEDICAL LEAVE OF ABSENCE |
| | UNPAID LEAVE OF ABSENCE |
| | OTHER: _____ |

☒ EXEMPT         ☐ NON-EXEMPT
☒ REGULAR       ☐ TEMPORARY

| | PRESENT STATUS | NEW STATUS |
|---|---|---|
| Department | Administrative Services | Administrative Services |
| Staff Number | 09.505 | 09.505 |
| Effective Date | | March 1, 2000 |
| Job Title | Director, Admin. Services | Director, Admin. Services |
| Grade | XI | XI |
| Salary Range | $51,060-79,780-108,500 | $51,060-79,780-108,500 |

Increase $3,108/yr.
          4.0 %

Present Salary $77,700/yr.    Salary To Be $80,808/yr.
Decrease _____ %

Date of Hire _____

Date of Last Review 3/1/94
% Increase 5.0%
Amount of $3,700/yr.
Last Review

**COMMENTS**

2/18/00

Stumpf

Merit increase.

Next review date: September 1, 2001.

. Butler

**TERMINATIONS ONLY**

19___ Vacation Days _____
19___ Vacation Days _____

Total Vacation Days _____

W. Kulwicki
Initiating Action

2/22/00.
Date

2/22/00
Date

Department Head
Date

Final Authorization
Date

Dept Head
Hermann

The McCall Pattern Company

**EXEMPT PERFORMANCE APPRAISAL**

EMPLOYEE'S NAME: Stephanie Tullo

DATE HIRED: 10 (Month) 7 (Day) 63 (Year)

EMPLOYEE'S JOB TITLE: Director, Administrative Services

TIME ON THIS JOB: _____ (To be completed by supervisor)

SUPERVISOR'S NAME: John Kobiskie

DATE THIS REPORT SENT TO SUPERVISOR: January 4, 2000

| FACTOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| **KNOWLEDGE OF WORK** — *knowledge and understanding of all phases of this job and related jobs.* | Has an unsatisfactory knowledge of this job. | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. X |
| COMMENT: | Stephanie has an excellent knowledge of all areas of her responsibility. | | | | |
| **QUALITY OF WORK** — *accuracy and thoroughness with which work meets recognized and accepted standards of performance.* | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. | Uniformly accurate and thorough. X | Maintains highest quality standards. |
| COMMENT: | Her work is thorough and well thought out | | | | |
| **QUANTITY OF WORK** — *volume of work based upon recognized standards of performance.* | Consistently low and behind schedule. | Fair amount. Should be increased. | Steady producer. Regularly meets recognized standards. | Always turns out a good volume. X | Unusually high output. |
| COMMENT: | Stephanie always meets agreed upon deadlines. | | | | |
| **DEPENDABILITY** — *compliance with instructions and regulations. Reliability under varying circumstances.* | Frequently undependable. | Fairly dependable, but requires more than normal follow-up. | Dependable under normal circumstances. | More than normal dependability. | Thoroughly reliable on all assignments. X |
| COMMENT: | Stephanie can always be relied upon in a crunch situation to get the task completed. She receives calls all hours of the day and night, which must be dealt with in a timely manner. | | | | |
| **COOPERATION** — *cooperation with associates, superiors and others.* | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. X | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. |
| COMMENT: | Stephanie has a difficult job, which can cause conflict, but she does an admirable job in dealing with these difficult situations and people. | | | | |

| ECTIVENESS PLANNING<br><br>ing, i.e., determining shall be done; or when; e, or by whom; or how shall be done. | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost always sound and effective, complete and on time. | Planning always sound and effective, complete, thorough and on time. |
|---|---|---|---|---|---|
| | COMMENT:<br><br>Stephanie's plans and completes her tasks with minimal supervision. | | | X | |

| ERVISORY ATIONSHIPS<br><br>ty to secure results gh subordinates. | Ineffective in handling subordinates. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance.<br><br>X |
|---|---|---|---|
| | COMMENT:   Stephanie gets results from her subordinates. | | |

ITIFY STRENGTHS: _____ Stephanie is one of the individuals who takes responsibility and gets the task or job completed with thorough planning. In the past year she suggested and implemented a new "Fed EX system, which has saved the Company money. She implemented a new local phone system, which saved the Company money too.

ITIFY AREAS NEEDING IMPROVEMENT: _____

_____

_____

T ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE? _____

_____

_____

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | X |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable | |

ITIONAL COMMENTS: _____ Stephanie is a very loyal and dedicated employee.

ORT PREPARED BY: _John W. Kalahee_   DATE: _2/16/00_

ORT REVIEWED BY: _____   DATE: _2/16/00_

S APPRAISAL WAS DISCUSSED WITH THE EMPLOYEE ON:
_3/9/00_   Signature of Employee

January 1994

The McCall Pattern Company

## REQUEST FOR PERSONNEL ACTION

8/11/98

**Date**

| llo | Stephanie | M ☐  F ☒ | 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 |
|---|---|---|---|
| ast Name (Print) | First Name | | Social Security Number |

| 42 Union Avenue | | Hewlett | New York | 11557 |
|---|---|---|---|---|
| reet | Apt. # | City | State | Zip |

| | ☐ | PLACE ON PAYROLL |
|---|---|---|
| | ☐ | REMOVE FROM PAYROLL |
| | ☐ | TRANSFER |
| | ☐ | REVISED JOB CLASSIFICATION AND/OR SALARY RATE |
| | ☐ | MEDICAL LEAVE OF ABSENCE |
| | ☐ | UNPAID LEAVE OF ABSENCE |
| XX | | OTHER: Change in next review date only. |

X☒ **EXEMPT**          ☐ **NON-EXEMPT**

X☒ **REGULAR**          ☐ **TEMPORARY**

| | PRESENT STATUS | NEW STATUS |
|---|---|---|
| **Department** | Administrative Services | Administrative Services |
| **Staff Number** | 09.505 | 09.505 |
| **Effective Date** | | September 1, 1998 |
| **Job Title** | Director, Admin. Services | Director, Admin. Services |
| **Grade** | XI | XI |
| **Salary Range** | $51,060-77,694-104,327 | $51,060-77,694-104,327 |

| | | | | | Date of Hire _____ |
|---|---|---|---|---|---|

| | Increase _____ | | | | **Date of Last Review** 3/1/97 |
|---|---|---|---|---|---|
| **Present Salary** | $77,700/yr. | _____ % | **Salary To Be** | $77,700/yr. | **% Increase** 0. |
| | Decrease _____ % | | | | **Amount of Last Review** 0 |

| | COMMENTS | **TERMINATIONS ONLY** |
|---|---|---|
| ~~Stampf~~ Stampf | No salary action. | 19__ Vacation Days _____ |
| | Next review date:  March 1, 2000. | 19__ Vacation Days _____ |
| K. Butler | | Total Vacation Days _____ |
| | | |
| | | |

| per ___ ___ Action | 8/11/98 | | |
|---|---|---|---|
| | Date | Department Head | Date |
| ___ Head | 8/11/98 | | |
| | Date | Final Authorization | Date |

. Hermann

p 403

# The McCall Pattern Company

| | | EXEMPT PERFORMANCE APPRAISAL |
|---|---|---|

EMPLOYEE'S NAME **Stephanie Tullo**

DATE HIRED

| 10 | 7 | 63 |
|---|---|---|
| (Month) | (Day) | (Year) |

EMPLOYEE'S JOB TITLE **Director, Administrative Services**  TIME ON THIS JOB _____

SUPERVISOR'S NAME **Marvin Zemel**

DATE THIS REPORT SENT TO SUPERVISOR _____ (To be completed by supervisor)  **July 7, 1998**

| FACTOR TO BE RATED | FOR EACH FACTOR, CHECK THE STATEMENT THAT MOST ACCURATELY DESCRIBES THIS EMPLOYEE. | | | | |
|---|---|---|---|---|---|
| **KNOWLEDGE OF WORK** <br> *Knowledge and understanding of all phases of this job and related jobs.* | Has an unsatisfactory knowledge of this job. | Fair knowledge, but needs more training. | Has a good working knowledge of job. | Well informed on all phases of job. | Has a thorough knowledge of this and other jobs. ✓ |
| | COMMENT: | | | | |
| **QUALITY OF WORK** <br> *Accuracy and thoroughness with which work meets recognized and accepted standards of performance.* | Below standard. Needs constant checking. | Usually acceptable but must be checked occasionally. | Meets accepted standards regularly. Needs very little checking. ✓ | Uniformly accurate and thorough. | Maintains highest quality standards. |
| | COMMENT: | | | | |
| **QUANTITY OF WORK** <br> *Volume of work based upon recognized standards of performance.* | Consistently low and behind schedule. | Fair amount. Should be increased. | Steady producer. Regularly meets recognized standards. ✓ | Always turns out a good volume. | Unusually high output. |
| | COMMENT: | | | | |
| **DEPENDABILITY** <br> *Compliance with instructions and regulations. Reliability under varying circumstances.* | Frequently undependable. | Fairly dependable, but requires more than normal follow-up. | Dependable under normal circumstances. | More than normal dependability. ✓ | Thoroughly reliable on all assignments. |
| | COMMENT: | | | | |
| **COOPERATION** <br> *Cooperation with associates, superiors and others.* | Uncooperative, careless and indifferent. Irritates others. | Indifferent to importance of co-operation. Occasionally creates unfavorable impression. | Meets others halfway. Does not create unsatisfactory impression. | Always helpful and cooperative. Creates good impression. | Goes out of way to be cooperative. Gets work done smoothly. Creates outstanding impression. ✓ |
| | COMMENT: | | | | |

| FECTIVENESS PLANNING *vnning, i.e., determining at shall be done; or when; ere, or by whom; or how rk shall be done.* | Planning is frequently ineffective or too late. | Planning is sometimes incomplete, ineffective, or too late. | Planning generally complete, effective and usually thorough. | Planning almost always sound and effective, complete and on time. | Planning always sound and effective, complete, thorough and on time. ✓ |
|---|---|---|---|---|---|
| COMMENT: | | | | | |

| PERVISORY LATIONSHIPS *ility to secure results ough subordinates.* | Ineffective in handling subordinates. | Handles all supervisory aspects of his job in satisfactory manner. | Is an outstanding supervisor. Builds and maintains high employee morale and motivates subordinates to a high level of performance. ✓ | |
|---|---|---|---|---|
| COMMENT: | | | | |

NTIFY STRENGTHS: _Stephanie is well informed on all phases of the job._

NTIFY AREAS NEEDING IMPROVEMENT: _____

IAT ADDED TRAINING OR EXPERIENCE WOULD MAKE THIS EMPLOYEE MORE VALUABLE? _____

WHAT IS THIS EMPLOYEE'S ALL AROUND JOB PERFORMANCE? (CHECK THE STATEMENT BELOW THAT BEST DESCRIBES YOUR APPRAISAL OF THE EMPLOYEE.)

| DESCRIPTION OF ALL AROUND JOB PERFORMANCE | CHECK |
|---|---|
| Outstanding | ✓ |
| Very Good | |
| Satisfactory | |
| Marginally Acceptable | |
| Unacceptable | |

DITIONAL COMMENTS: _____

PORT PREPARED BY: _Karen Jewell_   DATE: _July 27, 1998_

PORT REVIEWED BY: _____   DATE: _____

IS APPRAISAL WAS DISCUSSED WITH THE EMPLOYEE ON: _____

Signature of Employee _____

_Employee refused to sign._

January 1994