UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHANIE TULLO,

                Plaintiff,

    -against-

McCALL PATTERN, CO.,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/7

06 CIVIL 5251 (JSR)

**JUDGMENT**

    Defendant having moved for summary judgment, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on June 21, 2007, having rendered its Memorandum Order granting defendant's motion for summary judgment in all respects and dismissing the complaint with prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 21, 2007, defendant's motion for summary judgment is granted in all respects and the complaint is dismissed with prejudice.

**Dated:** New York, New York
         June 29, 2007

                                            **J. MICHAEL McMAHON**
                                               Clerk of Court
           BY:
                                                 Deputy Clerk

                                         THIS DOCUMENT WAS ENTERED
                                         ON THE DOCKET ON _____